1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

4 | ROBERT DAVID REES (CABN 229441)
Assistant United States Attorney

5
    450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
    Telephone: (415) 436-7210
7     FAX: (415) 436-7234
    Email: robert.rees@usdoj.gov
8
Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 11-0097 CRB |
|---|---|
| Plaintiff, | ) |
| v. | ) **NOTICE OF DISMISSAL** |
| JOHN CHEW, | ) |
| Defendant. | ) |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a) and the terms of a prior agreement with the defendant allowing him to demonstrate his good conduct, the United States Attorney for the Northern District of California dismisses with prejudice Counts Twenty Three, Twenty Four, Forty, and Forty One of the above captioned Indictment as to defendant John Chew only, and moves that the Court quash the arrest warrant for John Chew issued in connection with the Indictment in

//

//

//

//

NOTICE OF DISMISSAL AS TO JOHN CHEW
CR 11-0097 CRB

this case.

Dated: February 10, 2014

Respectfully Submitted,

MELINDA HAAG
United States Attorney

_____
AARON D. WEGNER
ROBERT DAVID REES
Assistant U.S. Attorneys

Leave is granted to the government to dismiss with prejudice Counts Twenty Three, Twenty Four, Forty, and Forty One of the above-captioned Indictment as to defendant John Chew only. It is further ordered that the arrest warrant against John Chew issued in connection with the Indictment in this case is quashed.

IT IS SO ORDERED.

DATED: __Feb. 14, 2014_____     _____
                                  HON. CHARLES R. BREYER
                                  UNITED STATES DISTRICT JUDGE

*[Seal: United States District Court, Northern District of California]*
*[Stamp: IT IS SO ORDERED — Judge Charles R. Breyer]*

NOTICE OF DISMISSAL AS TO JOHN CHEW
CR 11-0097 CRB